# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ENTERPRISE RENT-A-CAR COMPANY OF PITTSBURGH, LLC,

        Respondent

        v.

TODD KOGER,

        Petitioner

: No. 512 WAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.